# RECEIVED

JAN 2 2 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION**

| | |
|---|---|
| **DARRYL GILBERT EDWARD HEDGE** | **CIVIL ACTION NO. 6:06CV1483** |
| **VERSUS** | **JUDGE DOHERTY** |
| **WARDEN C PAUL PHELPS CORRECTIONAL CENTER** | **MAGISTRATE JUDGE METHVIN** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

_____ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

_____ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _____, Louisiana, this _____ Day of _____, 2007.

Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE